UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW L. WOODS,

      Plaintiff,

v.                                                          Case No.: 2:19-cv-00130-JLB-NPM

KIMBERLY J. COMMINS-
TZOUMAKAS, ALLAN SCHWEITZER,
WILLIAM R. SPALDING, and HALL,
RENDER, KILLIAN, HEATH, &
LYMAN, PC,

      Defendants.

_____/

## ORDER

Plaintiff has filed a notice of voluntary dismissal without prejudice, (Doc. 94), of his claims against Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff's notice is effective immediately upon filing. *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida, on October 15, 2020.

_____
**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**